IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. – JFM-12-207 |
| MONIQUE LINDSAY | * | |

## MEMORANDUM

Monique Lindsay has appealed from her conviction for failing to make a complete and full stop at a stop sign. She was convicted after a trial before Magistrate Judge Thomas M. DiGirolamo. In sentencing Lindsay Judge DiGirolamo fined her the amount appearing on a ticket she received.

The standard to be applied in determining whether to affirm or reverse Ms. Lindsay's conviction is "whether, after reviewing the evidence in the light most favorable to the prosecution, any rational trier of fact could have found the essential elements of the crime beyond a reasonable doubt." *Jackson v. Virginia*, 443 U.S. 307, 319 (1979); *United States v. Chorman*, 910 F.2d 102 (4th Cir. 1990). In this case Officer J. Childs, a uniformed officer with the Federal Protective Service, testified that he personally observed Lindsay failing to make a complete and full stop at a stop sign. Although Lindsay testified that she did make a full stop at the stop sign in question, Officer Childs' testimony was credited by Judge DiGirolamo and provided a sufficient basis for Lindsay's conviction. Accordingly, her conviction is affirmed.

Date: October 19, 2012

J. Frederick Motz
United States District Judge

1